

# Memorandum

To: The Honorable George A. O'Toole
Senior U.S. District Judge

From: Lisa M. Paiva
Supervising U.S Probation Officer

Date: January 3, 2019

Re: Cherimond, Peterson– Docket #: 1:11CR10324-1
**_Notice of Supervised Release Termination with Outstanding Restitution Balance_**

---

On May 14, 2013, Peterson Cherimond appeared before Your Honor for sentencing after having previously pled guilty to Wire Fraud (7 counts), in violation of 18 U.S.C. § 1343; Identity Fraud (7 counts) in violation of 18 U.S.C. § 1028(a)(7), Aggravated Identity Theft (2 counts), in violation of 18 U.S.C. § 1028A(a)(1) and Unlawful Monetary Transactions (3 counts), in violation of 18 U.S.C. § 1957. Mr. Cherimond pleaded nolo contendere to Wire Fraud (3 counts), in violation of 18 U.S.C. § 1343. He was subsequently sentenced to 87 months of imprisonment, followed by 1 year of supervised release. Mr. Cherimond was ordered to pay a $2,500.00 special assessment and restitution in the amount of $2,235,700.00 (Joint & Several with co-defendants). The current restitution balance is $2,234,960.56. While in custody, Mr. Cherimond paid a total of $476.80 towards his Special Assessment. However, the special assessment expired in May 2018.

Mr. Cherimond commenced his term of supervised release on March 29, 2018 in the Southern District of New York. However, jurisdiction of this case remains with the District of Massachusetts.

On December 26, 2018 this office received correspondence from U.S. Probation Office in the Southern District of New York advising that a financial analysis conducted by the assigned probation officer revealed that Mr. Cherimond did not have an ability to make restitution payments based on limited income. Mr. Cherimond is employed, earning $13 per hour. Therefore, Mr. Cherimond was instructed to make restitution payments in good faith, as he is able. Recently, Mr. Cherimond advised his probation officer that he intended to make a restitution payment of $200 in January 2019. However, to date, Mr. Cherimond has not made any payments towards his restitution.

This Memorandum serves to notify the Court that Mr. Cherimond's supervised release is scheduled to terminate on March 28, 2019 without having satisfied his restitution. Given that Mr. Cherimond's financial condition is unlikely to change in the near future, the Probation Office recommends that he be allowed to terminate supervised release as scheduled. The Probation Office will notify the Financial Litigation Unit of the U.S. Attorney's Office of the outstanding restitution balance so that they may pursue collection of the remaining balance after March 28, 2019.

If Your Honor concurs with this recommendation, please indicate by signing below.

Reviewed and approved by:

*/s/ Brett Wingard*
Brett Wingard
Supervising U.S. Probation Officer

The Court Orders:

[X] Approved: Defendant shall terminate supervised release on March 29, 2019 as scheduled

[ ] Denied

[ ] Other:_____

_____
The Honorable George A. O'Toole
Senior U.S. District Judge

Date: 1/4/19